IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY CAMPAGNE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO SHERIFF'S DEPARTMENT and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | 2:10-cv-00188-GEB-GGH<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

　　　　The joint status report filed April 12, 2010, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for April 26, 2010, is continued to August 9, 2010, at 9:00 a.m. A joint status report shall be filed fourteen (14) days prior to the status conference.

　　　　IT IS SO ORDERED.

Dated: April 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1